O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CHAVEZ, ) | CASE NO. CV 12-01125 R (RZ) |
| ) | |
| Petitioner, ) | |
| ) | ORDER ACCEPTING FINDINGS AND |
| vs. ) | RECOMMENDATIONS OF UNITED |
| ) | STATES MAGISTRATE JUDGE |
| ROBERT GOMEZ, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: Dec. 14, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE